IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.No. CR 06 66 S |
| | ) | |
| | ) | |
| vs. | ) | In violation of 18 U.S.C. |
| | ) | § 922(g)(1) |
| RICHARD RIBEIRO | ) | |

FILED
MAY 24 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

On or about May 1, 2006 in the District of Rhode Island, the defendant RICHARD RIBEIRO, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, three firearms, to wit: a Savage 30.06 caliber rifle, serial number C897661; a Mossberg .12 gauge shotgun, serial number MV41791E; and a Marlin .357 caliber rifle, serial number 21048943.

In violation of 18 U.S.C. § 922(g)(1)

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

Date: 5-24-06

Gerard B. Sullivan

GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division