# UNITED STATES DISTRICT COURT
*for the*
**District of Rhode Island**

***Case No. CR 06-66S***

***To:*** ***ACI***

***CRANSTON RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **RICHARD RIBEIRO**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **3:00 o'clock p.m.**, on the **25th** day of **May, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

RECEIVED

MAY 24 2006

US MARSHALS
RHODE ISLAND

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: May 24, 2006.

David A. DiMarzio, Clerk

Arraignment

***By*** ***Martha Saucier - Deputy Clerk***