**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-66S** |
| | ) | |
| **RICHARD RIBEIRO** | ) | |

---

## MOTION TO ENLARGE THE TIME FOR FILING PRE-TRIAL MEMORANDUM

Now comes the accused, Richard Ribeiro, by and through his counsel, and moves this Honorable Court to enlarge the time for filing his pre-trial memorandum in this matter. In support of this motion, counsel states that he is court excused and will be out of State on vacation beginning July 24 through and including July 28, 2006.

Wherefore, the defendant requests that the time for filing his pre-trial memorandum be enlarged to July 31, 2006.

Respectfully submitted
Richard Ribeiro
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to Zechariah Chafee, Assistant United States Attorney, on July 28, 2006.