**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-66S** |
| | ) | |
| **RICHARD RIBEIRO** | ) | |

---

## MOTION FOR CONTINUANCE OF TRIAL

Now comes the accused, Richard Ribeiro, by and through his counsel, and moves this Honorable Court to continue the trial of this matter to the Court's December trial calendar. As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

The exclusion of a period of sixty (60) days in this matter will allow time for the defendant to be evaluated by a psychologist, Dr. Paul Malloy, PhD. Finally, the Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

Richard Ribeiro
By his Attorney,

/s/ Edward C. Roy #3029
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

CERTIFICATION

I hereby certify that on this 1st day of September 2006, I served by electronic notification the within motion to Zechariah Chafee, AUSA.

/s/ Edward C. Roy
Assistant Federal Public Defender