UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 06-66 S |
| | : | |
| RICHARD RIBEIRO | : | |

**ORDER**
**CONTINUING HEARING**
**RE ADDITIONAL PAYMENTS FOR REPRESENTATION**

The hearing scheduled for September 6, 2006, regarding whether Defendant shall be required to make any additional payments to offset the cost of his representation by the Federal Defender, see Modified[] Order Requiring Reimbursement dated 5/23/06 (entered in Case Number 1:06-M-46M[1]), is hereby continued to 10:00 a.m. on **December 6, 2006**. Prior to the December hearing, Assistant Federal Defender Edward C. Roy shall provide the Court with a statement of hours expended in representing Defendant in connection with the instant criminal charge and of any outside expenses[2] incurred by the Federal Defender's Office in the course of such representation.

If it appears to Mr. Roy that a final disposition of the charge contained in the instant indictment may occur prior to December 6, 2006, he shall notify the Clerk of this fact, and the Clerk shall advance the date of the December 6, 2006, hearing so that it occurs prior to such final disposition.

So ordered.

[1] Case Number 1:06-M-46M is the case number for the criminal complaint from which the instant indictment stems.

[2] By "outside expenses" the Court means expenses which involve the payment of money by the Federal Defender to persons or entities who are not part of the Federal Defender's Office.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
September 6, 2006

PER ORDER:

Martha Saucier
Deputy Clerk