UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 06-66 S |
| | : | |
| RICHARD RIBEIRO | : | |

**ORDER**
**SCHEDULING HEARING**
**REGARDING ADDITIONAL PAYMENTS FOR REPRESENTATION**

On December 6, 2006, the Court conducted a hearing regarding whether Defendant should be required to make any additional payments to offset the cost of his representation by the Federal Defender. See Tape of 12/6/06 Hearing; see also Order Continuing Hearing Re Additional Payments for Representation (Document ("Doc.") #33) ("Order of 9/6/06"). The Court advised Defendant that pursuant to the Order of 9/6/06 it had received a statement of hours from Assistant Federal Defender Edward C. Roy as to time expended by his office in representing Defendant in this matter. See Tape of 12/6/06 Hearing. According to that statement, the Federal Defender Office has expended 134.2 hours representing Defendant.[1] Of those hours, the Court determined that 42.2 hours were expended by Mr. Roy or other attorneys in his office and that 92 hours were expended by Daniel Fortier, a staff investigator in the office. See id. The Court stated that it was assigning a value of $92.00 per hour to the time expended by attorneys in the Federal Defender Office because that is the hourly rate which is paid to appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(d). See id. The Court also stated that it was assigning a value of $60.00 per hour to

[1] Based on the latest date appearing in the statement of hours, it appears that the statement contains the hours expended through 10/5/06.

the time expended by Mr. Fortier because that was the rate which the Court has paid to private investigators who have been utilized by court appointed counsel. See Tape of 12/6/06 Hearing.

Using these numbers of hours and rates of compensation, the Court determined that the value of the services rendered by the attorneys in the Federal Defender Office through October 5, 2006, was \$3,882.40 (42.2 hours x \$92.00 per hour = \$3,882.40), the value of the services rendered by Mr. Fortier was \$5,520.00 (92 hours x \$60.00 per hour = \$5,520.00), and that the combined value of these services was \$9,402.40 (\$3,882.40 + \$5,520.00 = \$9,402.40). See id. As this amount exceeds the \$7,000.00 which Defendant has paid to date to offset the value of those services, the Court announced its intention to require Defendant to pay an additional \$3,000.00 within thirty days as reimbursement for the cost of the services of the Federal Defender in accordance with 18 U.S.C. § 3006A(d). See id.

Defendant indicated that he objected to this additional assessment and also indicated that he may not have testified accurately at the May 22, 2006, hearing regarding his property and assets. See id. Accordingly, the Court announced it would conduct another hearing on **January 5, 2007, at 10:00 a.m.** at which Defendant would be required to testify regarding his current financial assets and liabilities.

Defendant is ordered to submit a new financial affidavit by December 20, 2006.[2] Defendant shall be prepared to testify at the January 5, 2007, hearing regarding each of the items numbered 1 through 11 in the Modified[] Order Requiring Reimbursement (Doc. #9) ("Order of 5/23/06") and to provide supporting documentation where appropriate. For example, at the December 6,

[2] The Court granted Mr. Roy's request that he be allowed to assist Defendant in the completion and submission of this affidavit.

2006, hearing Defendant stated that he was not the sole owner of the real estate located at 32 Macondray Street, Cumberland, Rhode Island, contrary to what is stated in the Order of 5/23/06. Therefore, Defendant shall provide a copy of the deed which reflects that he is not the sole owner.

The Clerk is directed to send a copy of this Order and of the Order of 5/23/06 to Defendant as well as to Mr. Roy.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
December 6, 2006

PER ORDER:

Martha Saucier
Deputy Clerk