UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-066 S

RICHARD RIBEIRO :

**MOTION TO CONTINUE**

NOW comes the defendant, through counsel, and moves to continue this matter for two months until the Court's March of 2007 trial calendar. The grounds for this continuance are that the defendant is now demanding a trial and has provided defense counsel with facts on December 6, 2006 wherein he claims that his statement to law enforcement was involuntary because of use of narcotics. Defense counsel is obligated to investigate this claim and engage an expert to evaluate Mr. Ribeiro's claim.

Pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(A), the interests of justice are served by the granting of this request as the need for the investigation of the defendant's claims as outlined herein outweigh the interests of the defendant and the government in a speedy trial.

RICHARD RIBEIRO,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

**CERTIFICATION**

I hereby certify that I forwarded a copy of the within to Zechariah Chafee, by way of ECF electronic case filing on December 7, 2006.

/s/ Edward C. Roy, Esquire