UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 06-066 S |
| RICHARD RIBEIRO | : | |

MOTION TO SUPPRESS

NOW comes the defendant, Richard Ribeiro, and moves to suppress his statement to the Bureau of Alcohol, Tobacco and Firearm ("ATF") and to Cumberland, Rhode Island Police Department on May 1, 2006. The defendant did not knowingly and voluntarily waive his fifth amendment rights.

RICHARD RIBEIRO,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281 (401) 528-4285 Fax
edward_roy@rd.org

CERTTIFICATION

On the 29th day of December, 2006, I served a copy of the within on Zechariah Chafee, AUSA by way of ECF case filing.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-066 S

RICHARD RIBEIRO :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO SUPPRESS

The defendant, Richard Ribeiro, has moved to suppress his statement to the Bureau of Alcohol, Tobacco and Firearm ("ATF") and to the Cumberland, Rhode Island Police Department on May 1, 2006. The defendant did not knowingly and voluntarily waive his fifth amendment rights. The defendant was under the influence of narcotic drugs on the day he purportedly waived his fifth amendment rights and, therefore, was unable to knowingly and voluntarily waive his right to be silent. Defendant requests that the Court hold an evidentiary hearing so that the defendant can present evidence on the lack of voluntariness.

RICHARD RIBEIRO,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281 (401) 528-4285 Fax
edward_roy@rd.org

CERTIFICATION

On the 29th day of December, 2006, I served a copy of the within on Zechariah Chafee, AUSA by way of ECF case filing.

/s/ Edward C. Roy, Esquire