UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-066 S

RICHARD RIBEIRO :

MOTION IN LIMINE

The defendant, Richard Ribeiro, hereby moves to suppress those portions of his statement which deal with the following, uncharged conduct:

1. His use of heroin;
2. His knowledge of uncharged firearms;
3. His participation in other crimes;

Pursuant to the provisions of Fed. R. Evid. 403, the evidence sought to be excluded is prejudicial, not probative of material facts and any potential relevance is grossly outweighed by the potential for jury confusion and prejudice to the defendant.

RICHARD RIBEIRO,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281 (401) 528-4285 Fax
edward_roy@rd.org

# CERTIFICATION

On the 29th day of December, 2006, I served a copy of the within on Zechariah Chafee, AUSA by way of ECF case filing.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-066 S

RICHARD RIBEIRO :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION IN LIMINE

The defendant, Richard Ribeiro, has moved to suppress those portions of his statement which deal with the following, uncharged conduct:

1. His use of heroin;
2. His knowledge of uncharged firearms;
3. His participation in other crimes;

Pursuant to the provisions of Fed. R. Evid. 403, the evidence sought to be excluded is prejudicial, not probative of material facts and any potential relevance is grossly outweighed by the potential for jury confusion and prejudice to the defendant.

In this case, the defendant has been indicted on one charge of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Evidence of drug use and of his involvement with other weapons or of other uncharged crimes is

simply prejudicial and not probative of the material facts in this case. The defendant respectfully requests that this Honorable Court exclude from evidence the three categories of uncharged conduct set out above.

RICHARD RIBEIRO,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281 (401) 528-4285 Fax
edward_roy@rd.org

CERTIFICATION

On the 29th day of December, 2006, I served a copy of the within on Zechariah Chafee, AUSA by way of ECF case filing.

/s/ Edward C. Roy, Esquire