UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 06-66 S |
| | : | |
| RICHARD RIBEIRO | : | |

**NOTICE AND ORDER**
**CONTINUING HEARING**
**TO FEBRUARY 5, 2007**

On January 5, 2007, Defendant appeared before the Court with his attorney for a scheduled hearing regarding his ability to pay an additional $3,000.00 as reimbursement for the cost of the services of the Federal Defender. See Order Scheduling Hearing Regarding Additional Payments for Representation (Document #45) ("Order of 12/6/06"). The Court read into the record a letter dated January 4, 2007, from Defendant's counsel which stated that Defendant had not completed a new financial affidavit as required by the Court's Order of 12/6/06, because Defendant was "unable to recall the value of his house as well as his monthly expenses," Letter from Roy to Martin, M.J., of 1/4/07, and that Defendant's wife had been ill, preventing her from providing the information regarding monthly expenses, see id.

Based on this information, **the Court continued the scheduled hearing to February 5, 2007, at 10:00 a.m.**[1] Defendant was advised to complete the financial affidavit to the best of his ability and to have his wife provide information regarding family expenses and income, including the amount which Defendant receives as a pension from the State of Alaska.

---

[1] In the event that Defendant is not able to provide the information by February 5, 2007, his counsel may so advise the Clerk, and the hearing will be continued an additional three weeks. However, this will be the final continuance of the hearing.

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
January 5, 2007

PER ORDER:

Martha Saucier
Deputy Clerk