UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-066 S

RICHARD RIBEIRO :

MOTION TO SUPPRESS

NOW comes the defendant, Richard Ribeiro, and moves tothe search of his residence which was based on a consent to search dated May 1, 2006. The defendant did not knowingly and voluntarily waive his fourth amendment rights.

RICHARD RIBEIRO,
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

CERTIFICATION

On the 11th day of January, 2007, I served a copy of the within on Zechariah Chafee, AUSA by way of ECF case filing.

/s/ Edward C. Roy, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-066 S

RICHARD RIBEIRO :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO SUPPRESS

The defendant, Richard Ribeiro, has moves tothe search of his residence which was based on a consent to search dated May 1, 2006. The defendant did not knowingly and voluntarily waive his fourth amendment rights as the defendant had consumed oxycontin on the date of his arrest and prior to his executing the fourth amendment waiver form.

RICHARD RIBEIRO,
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

CERTIFICATION

On the 11th day of January, 2007, I served a copy of the within on Zechariah Chafee, AUSA by way of ECF case filing.

/s/ Edward C. Roy, Esquire