**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-66S** |
| | ) | |
| **RICHARD RIBEIRO** | ) | |

---

**MOTION TO CONTINUE SUPPRESSION HEARING**

Now comes the accused, Richard Ribeiro, by and through his counsel, and moves this Honorable Court to continue the suppression hearing scheduled for January 17, 2007, on the grounds that another related motion was filed by the defendant on January 11, 2007.

Richard Ribeiro
By his Attorney,

/s/ Edward C. Roy #3029
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

CERTIFICATION

I hereby certify that on this 12th day of January, 2007, I served by electronic notification the within motion to Zechariah Chafee, AUSA.

/s/ Edward C. Roy