IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR.NO.06-066 S |
| | : | |
| RICHARD RIBEIRO | : | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO SUPPRESS HIS STATEMENT**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby objects to defendant's Motion to Suppress His Statement for the reasons set forth in the accompanying Memorandum.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its Attorney's

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this ____ day of January, 2007, I caused the within Government's Objection to Defendant's Motion to Suppress His Statement to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Edward C. Roy, Esq.
Assistant Federal Public Defender
10 Weybossett Street, Suite 300
Providence, RI 02903

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR.NO.06-066 S |
| | : | |
| RICHARD RIBEIRO | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S OBJECTION TO DEFENDANT'S MOTION TO SUPPRESS HIS STATEMENT**

## I. INTRODUCTION

Defendant has moved to suppress his statement to law enforcement on the grounds that he did not voluntarily waive his Fifth Amendment Rights because, he alleges, he was under the influence of narcotics. His motion should be denied.

## II. FACTS

On May 1, 2006 about 2:20pm the Cumberland Police and ATF agents executed a search warrant for guns at defendant's Cape style house at 32 Macondary Street in Cumberland. Defendant's sister answered the door. When defendant himself came to the door ATF Agent Troiano told him they had a search warrant, restrained him, and asked if other people or guns were in the house. Defendant said there were guns upstairs in his bedroom in a crawl-space. When the search team brought defendant upstairs he pointed to a door in the wall of the bedroom. An agent went in and recovered a 30.06 Savage rifle in a case, a black powder pistol, some ammunition, a 9mm empty magazine and several hypodermic needles. Defendant said he had a .38 cal. Pistol

behind a dresser but when the police couldn't find it, defendant said that the "Puerto Rican kid" must have it.

Defendant was escorted downstairs, told he was under arrest and Agent Troiano read him his Miranda Warnings. Defendant said he was willing to talk.

At no time did defendant appear high: his speech was not slurred, his eyes were not glassy, he was not stumbling or nodding off. Instead he was coherent, alert, and responsive to the situation. There was no heroin or cocaine found or any evidence of the recent cooking of heroin for injection or indication of the snorting of cocaine.

Defendant said that the guns upstairs were his and he was removed to Cumberland Police headquarters. Defendant signed a Miranda rights waiver form and spoke to the police. In the course of the conversation he said that there were two more guns in the crawl-space. He signed a consent for the police to go back to search and two additional guns were indeed found where he said they were.

When the two additional guns, a Mossberg 12 gauge shotgun and a Marlin .357 magnum rifle, were returned to the station defendant answered questions of the Agent Troiano about the guns in the house and guns-for-drugs deals. This Q&A was recorded on audio tape.

## III. ARGUMENT

There is no evidence in defendant's bearing or words that he was intoxicated by narcotics. There was no evidence found in the house of any recent taking of narcotics.

The case law does not support defendant. U.S. v. Palmer, 203 F.3d 55, 60-61 (1st Cir. 2000) (waiver valid despite defendant's heroin withdrawal and use of antidepressants); Clagett v. Angelone, 209 F.3d 370, 382 (4th Cir. 2000)(waiver valid despite intoxication because defendant did not slur speech or have trouble walking); U.S. v. Solis, 299 F.3d 420, 439-40(5th Cir. 2002)(waiver valid despite defendant's testimony that he "did some speed" and did not remember Miranda warnings because interrogating detective saw no indication defendant was under influence of drugs); U.S. v. Walker, 272 F.3d 401 412-13 (7th Cir. 201)(waiver valid despite defendant's vomiting due to heroin withdrawal because doctor said defendant was alter and "with the program," and defendant never complained of feeling ill. U.S. Contreras, 372 F.3d 974, 977-78 (8th Cir. 204)(waiver valid despite defendant's use of methamphetamine evening before and marihuana the day of consent because defendant appeared sober and in control of faculties).

It is clear from the evidence that defendant understood what he was doing when he waived his right to remain silent.

## IV. CONCLUSION

For the foregoing reason defendant's motion should be denied.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its Attorney's

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this ____ day of January, 2007, I caused the within Government's Objection to Defendant's Motion to Suppress His Statement to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically: Edward C. Roy, Esq., Assistant Federal Public Defender, 10 Weybossett Street, Suite 300, Providence, RI 02903

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov