UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR 06-66 S
:
RICHARD RIBEIRO :

**ORDER**
**REGARDING DEFENDANT'S**
**ABILITY TO MAKE ADDITIONAL PAYMENT**

In accordance with a prior order, see Notice and Order Continuing Hearing to February 5, 2007 (Document ("Doc.") #52) ("Order of 1/5/07"), the Court conducted a hearing on February 5, 2007, regarding whether Defendant should be required to make an additional payment to the Clerk as reimbursement for the cost of the services of the Federal Defender in accordance with 18 U.S.C. § 3006A(d). At the hearing, the Court announced that Defendant had submitted information and documentation concerning his family income and expenses. See Tape of 2/5/07 hearing; see also Letter from Roy to Martin, M.J., of 1/23/07, Enclosures;[1] Order of 1/5/07 at 1. After reviewing the materials submitted by Defendant, especially the itemized listing of monthly expenses and income and the documentation supporting the itemization, the Court finds that Defendant does not have the present ability to make an additional payment.

In reaching this conclusion, the Court notes that Defendant remains incarcerated and that this circumstance was a significant factor in the Court's original determination that he was unable to obtain private counsel, see Modified[] Order Requiring

[1] The Court has marked the January 23, 2007, letter (with enclosures) from Defendant's counsel as an exhibit with reference to the February 5, 2007, hearing. The Court has further directed that the enclosures be placed under seal in order to protect the confidentiality of the information which they contain.

Reimbursement (Doc. #9) at 3 n.5. Accordingly, Defendant is not required to make any additional payment at this time. This Order is subject to being reviewed if Defendant's circumstances change.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
February 5, 2007