FEDERAL DEFENDER OFFICE
DISTRICT OF RHODE ISLAND
10 WEYBOSSET STREET, 3RD FLOOR
PROVIDENCE, RHODE ISLAND 02903

TELEPHONE: 401-528-4281
(FAX) 401-528-4285

January 23, 2007

RECEIVED

JAN 25 2007

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

The Honorable David L. Martin
United States Magistrate Judge
United States District Court
District of Rhode Island
Two Exchange Terrace
Providence, RI 02903

RE: United States vs. Ribeiro

Dear Judge Martin:

As per the Court's request, I am enclosing a copy of an itemized list of Mr. & Mrs. Ribeiro's expenses.

Please feel free to contact me with any questions.

Very truly yours,

EDWARD C. ROY
Assistant Federal Defender

ECR:slc

Enc.

cc Zechariah Chafee, AUSA
Richard Ribeiro