IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR.NO.06-066 S |
| | : | |
| RICHARD RIBEIRO | : | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE SEIZED**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby objects to defendant's Motion to Suppress Evidence Seized for the reasons set forth in the accompanying Memorandum.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its Attorney's

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this ____ day of February, 2007, I caused the within Government's Objection to Defendant's Motion to Suppress His Statement to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Edward C. Roy, Esq.
Assistant Federal Public Defender
10 Weybossett Street, Suite 300
Providence, RI 02903

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR.NO.06-066 S |
| | : | |
| RICHARD RIBEIRO | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S OBJECTION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE SEIZED IN DEFENDANT'S HOUSE PURSUANT TO A CONSENT FORM**

## I. FACTS

The Cumberland Police and ATF Special Agent Edward Troiano executed a search warrant at defendant's Cape Cod style home in Cumberland. In the course of the search, defendant admitted that he had gone in a crawl-space off of his bedroom. The searchers recovered a firearm. They arrested defendant and brought him to the Cumberland Police Station.

After receiving Miranda Warnings, defendant made a lengthy statement in which he said that he had two more guns in the crawl-space. Defendant signed a consent-to-search form, and the police went back and found two more firearms.

At no time did defendant give any indiction that he was under the influence of oxycontin to the extent that he did not understand what he was doing. His statements were coherent and relevant. His eyes were not glossy; he was not nodding off. His consent was knowing and voluntary.

## II. **ARGUMENT**

Defendant has argued that he was so disabled by oxycotin that he could not give knowing consent to the second search. Defendant has set forth no facts which indicate that his mental state was significantly disminished. The government will prove the facts described.

The case law does not support defendant. U.S. v. Palmer, 203 F.3d 55, 60-61 (1st Cir. 2000) (Miranda waiver valid despite defendant's heroin withdrawal and use of antidepressants); Clagett v. Angelone, 209 F.3d 370, 382 (4th Cir. 2000)(waiver valid despite intoxication because defendant did not slur speech or have trouble walking); U.S. v. Solis, 299 F.3d 420, 439-40(5th Cir. 2002)(waiver valid despite defendant's testimony that he "did some speed" and did not remember Miranda warnings because interrogating detective saw no indication defendant was under influence of drugs); U.S. v. Walker, 272 F.3d 401 412-13 (7th Cir. 201)(waiver valid despite defendant's vomiting due to heroin withdrawal because doctor said defendant was alter and "with the program," and defendant never complained of feeling ill. U.S. Contreras, 372 F.3d 974, 977-78 (8th Cir. 204)(waiver valid despite defendant's use of methamphetamine evening before and marihuana the day of consent because defendant appeared sober and in control of faculties).

## III. CONCLUSION

For the foregoing reason defendant's motion should be denied.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its Attorney's

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this ____ day of February, 2007, I caused the within Government's Objection to Defendant's Motion to Suppress His Statement to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically: Edward C. Roy, Esq., Assistant Federal Public Defender, 10 Weybossett Street, Suite 300, Providence, RI 02903

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov