**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-66S** |
| | ) | |
| **RICHARD RIBEIRO** | ) | |

---

**MOTION TO CONTINUE SUPPRESSION HEARING**

Now comes the accused, Richard Ribeiro, by and through his counsel, and moves to continue the suppression hearing scheduled in this matter for February 13, 2007 on the grounds that the defense expert report from Paul Malloy, Ph.D. will not be available until February 12, 2007. The interests of justice weigh in favor of the Court granting the defendant's motion to continue the suppression hearing. As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8)(A).

Richard Ribeiro
By his Attorney,

/s/ Edward C. Roy #3029
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

CERTIFICATION

I hereby certify that on this 8th day of February, 2007, I served by electronic notification the within motion to Zechariah Chafee, AUSA.

/s/ Edward C. Roy