**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-66S** |
| | ) | |
| **RICHARD RIBEIRO** | ) | |

---

**MOTION FOR CONTINUANCE OF TRIAL**

Now comes the accused, Richard Ribeiro, by and through his counsel, and moves this Honorable Court to continue the trial of this matter to the Court's April trial calendar. As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

The grounds for this request is that an expert report from Paul Malloy, Ph.D. is not yet available and will not be available until at least February 12, 2007. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

Richard Ribeiro
By his Attorney,

/s/ Edward C. Roy #3029
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

CERTIFICATION

I hereby certify that on this 8th day of February, 2007, I served by electronic notification the within motion to Zechariah Chafee, AUSA.

/s/ Edward C. Roy