**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-66S** |
| | ) | |
| **RICHARD RIBEIRO** | ) | |

---

## MOTION TO WITHDRAW

Now comes the undersigned, Edward C. Roy, Jr., Assistant Federal Public Defender and moves to withdraw his appearance and requests that the Court appoint counsel from the court-appointed Criminal Justice Act panel to represent Richard Ribeiro in this case. In support of this motion, defense counsel states that his relationship with Mr. Ribeiro has declined to the point where Mr. Ribeiro is insisting on defense counsel filing motions that are not warranted and requested that if defense counsel will not file the motions he requests, court-appointed counsel would be appointed. Based on the breakdown of the attorney/client relationship, defense counsel requests that this Honorable Court appoint an attorney from the CJA panel to represent Mr. Ribeiro in this case.

Richard Ribeiro
By his Attorney,

/s/ Edward C. Roy #3029
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion, to Zechariah Chafee, Assistant United States Attorney, and by first class mail to Richard Ribeiro, Intake Service Center, PO Box 8249, Cranston, RI 02920 on February 28, 2007.

/s/ Edward C. Roy