UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. CR. No. 06-66S

RICHARD RIBEIRO

MOTION TO CONTINUE

NOW COMES the defendant Richard Ribeiro and through counsel moves that the instant matter be continued to the next trial calendar and that the all dates contained in the pretrial order received on March 16th 2007 be vacated.

In support of this motion the defendant avers that counsel in the above matter was contacted by the court on Monday, March 12th and asked to accept the appointment as counsel for the defendant.

Counsel did not meet with the defendant until March 16th 2007 and subsequently accepted the appointment. Although counsel discussed the pending matter with prior counsel on Thursday, March 14th, present counsel has not had the opportunity to retrieve the defendant's file from the Federal Defender's office and has not at this point, seen any discovery or motion filed in this matter.

Counsel is wholly unprepared to move forward on the matter at this juncture and is not able to comply with the mandates contained in the pretrial order presently on file.

Counsel needs additional time to review discovery, motions and to familiarize himself with the case.

Wherefore the defendant so moves.

Richard Ribeiro
By his attorney,
/s/ *William C. Dimitri*
William C. Dimitri, Esq.

CERTIFCATION

I hereby certify that I served a true copy of this motion upon the U.S. Attorney's office via electronic mailing this 17th day of March, 2007.

/s/ *William C. Dimitri*