**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v** **CR. NO. 06-66S**

**RICHARD RIBEIRO**

**DEFENDANT'S MOTION TO CONTINUE**

NOW COMES the defendant, Richard Ribeiro and moves that this Honorable Court continue the above matter to the June trial calendar.

In support of this motion counsel for the defendant avers that he was recently appointed to represent the defendant and is need of additional time to discuss legal and factual issues with the defendant.

Wherefore, the defendant by and through counsel so moves.

Richard Ribeiro
By his attorney,
*/s/ William C. Dimitri*
William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909
401-273-9092
401-331-1898 fax

CERTIFICATION

I hereby certify that on the 19th of April 19, 2007, I electronically served a true copy of this motion on the United States Attorney's Office to the attention of Zechariah Chafee, A.U. S. A.

*/s/ William C. Dimitri*