AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Richard Ribeiro

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-66S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Zecharian Chafee | William C. Dimitri |
| TRIAL DATE(S) May 15, 2007 | COURT REPORTER Anne Clayton | COURTROOM DEPUTY Wendy Geile |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/15/07 | | | W-1 Edward Troiano |
| 1 | | | ~~ID~~ | Full | photocopy of Rights card |
| 2 | | | ~~ID~~ | Full | photocopy of Rights form |
| 3 | | | | Full | photocopy of consent to search form |
| 4 | | | ~~ID~~ | Full | cassette tape recording |
| | | | | | W-2 John Rabbitt |
| | | | | | W-3 Michael P. Strain |
| | | | | | W-4 Richard Ribeiro |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.