**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V. CR- 06-66S**

**RICHARD RIBEIRO**

**MOTION TO DISMISS**

The defendant Richard Ribeiro previously filed a pro se motion to dismiss based on the grounds that the statute of limitations had run and he could therefore not be prosecuted for the offense charged in the instant indictment.

The defendant relies on the provisions of 18 U.S.C. 3282 which provides: "Except as otherwise expressly provided by law, no person shall be prosecuted, tried, or punished for any offense, not capital, unless the indictment is found or the information is instituted within five years next after such offense shall have been committed."

The defendant's argument is that since he obtained his first felony conviction on September 25, 1997 that the government had only five (5) years from that date to charge him as a felon in possession, or more specifically September 24, 2002.

The argument follows that since the government did not file charges against him by September 24, 2002, that the instant indictment should be dismissed.

Wherefore the defendant so moves.

Richard Ribeiro
By his attorney,
/s/ *William C. Dimitri*
William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909

**CERTIFICATION**

I hereby certify that a true copy of this motion was delivered electronically to Zechariah Chafee, A.U.S.A. on the 21st of May, 2007.

/s/ *William C. Dimitri*