IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 06-66S |
| vs. | ) | |
| | ) | |
| RICHARD RIBEIRO | ) | |

Government's Objection to Defendant's Motion to Dismiss

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby objects to defendant's Motion to Dismiss for the reasons set forth in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

## CERTIFICATE OF SERVICE

On this 30th day of May, 2007, I caused the within Government’s Objection to Defendant’s Motion to Dismiss to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Edward C. Roy, Esq.
Assistant Federal Public Defender
10 Weybossett Street, Suite 300
Providence, RI 02903

/S/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
vs. : CR.NO.06-066S
:
RICHARD RIBEIRO :

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS**

Defendant was indicted on May 24, 2006 for a crime which is alleged to have occurred on May 1, 2006. (Indictment filed on the 24th of May as well.) The statute of limitation is 5 years. There is no basis for his argument that the statute began to run from the date of his felony conviction. Rather, the statute began to run on the date when he is alleged to have been in possession of the firearm after having been convicted of a felony.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its Attorney's

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May, 2007, I caused the within Government's Memorandum in Support of It's Objection to Defendant's Motion to Dismiss to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Edward C. Roy, Esq.
Assistant Federal Public Defender
10 Weybossett Street, Suite 300
Providence, RI 02903

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov