**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**June 20, 2007 Calendar Call**

## CRIMINAL CASES

| | |
|---|---|
| CR06-066-S-DLM | USA v. Richard Ribeiro |
| CR06-80-S-LDA | USA v. Kacey D. Jones |
| CR06-106-02-S-LDA | USA v. Khalid Mason |
| CR07-05-01-S-LDA | USA v. Eudy Antonio Tejada-Pichardo |
| CR07-05-02-S-LDA | USA v. Ricardo Mejia |

## CIVIL CASES

| | |
|---|---|
| CA06-90-S-DLM | American Capital Corp v. Blixseth, et al |
| CA06-387-S-JH | Brian J. Woodburn v. A.T. Wall, et al |
| CA06-441-S-LDA | Derrick Isom v. Garden City Mortgage, LLC |

## NOTICE

You are hereby notified that the above-captioned cases are on the trial calendar commencing on July 3, 2007 to be tried in the order listed. The calendar will be called on **June 20, 2007** at **9:00 a.m.** Juries will be empaneled on July 3, 2007 at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge

Date: May 29, 2007

**Please notify Clerk's Office if any counsel of record have not been notified**.