**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V** **CR06—066-S**

**RICHARD RIBEIRO**

**DEFENDANT'S ESTIMATE OF TRIAL LENGTH**

NOW COMES the defendant and pursuant to this Honorable Court's Pretrial Scheduling Order, states that the estimated trial length of the instant matter is three (3) days.

Richard Ribeiro
By his attorney,
*/s/ William C. Dimitri*
William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909
401-273-9092
401-331-1898 fax

CERTIFICATION

I hereby certify that a I served a true copy of the within notice upon Zecharia Chafee, A.U.S.A. via electronic means on the 25th of June, 2007.

*/s/ William C. Dimitri*