UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR06-66S |
| | : | |
| RICHARD RIBEIRO | : | |

CONSENT TO VOIR DIRE/JURY SELECTION
BY A MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(b)(3), the undersigned hereby voluntarily consent to have a Magistrate Judge rather than a District Judge conduct the voir dire and jury selection in this case.

FOR THE GOVERNMENT:

Zechariah Chafee
Signature of AUSA

Date: July 10, 2007

Zechariah Chafee
Printed Name of AUSA

FOR THE DEFENDANT:

[signature]
Signature of Defense Attorney

Date: 7-9-07

William C Dimitri
Printed Name of Defense Attorney

Defendant must indicate consent by signing below:

Richard Ribeiro
Signature of Defendant

Date: 7-9-07

Richard Ribeiro
Printed Name of Defendant