IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No.06-66S |
| | ) | |
| RICHARD RIBEIRO | ) | |

**TRIAL MEMORANDUM**

1. The applicable law is well known. The elements are:

   a. defendant possessed

   b. in and affecting commerce

   c. a firearm

   d. after a felony conviction

The government requests the standard instruction on joint possession and circumstantial evidence.

In this case the ATF and Cumberland Police executed a search warrant for firearms at defendant's cape-style house on Macondray Street in Cumberland. Defendant lives in the house with his wife. He was at home and when asked what the police were looking for he showed them to a crawl space off his bedroom where an ATF agent recovered a Savage 30.06 rifle; a 9-mm ammunition clip and a black powder pistol.

Defendant was taken to the Cumberland Police station where he said that the rifle was his. He later told ATF that there were two more guns in the house. ATF got a signed consent to search and went back. They found the guns in another part of the crawl space. One was a Mossberg 12 gauge shotgun; the other was

a Maulin .357 rifle.

Defendant is a felon and was so at the time of the seizure. The firearms were not manufactured in Rhode Island.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ZECHARIAH CHAFEE
ZECHARIAH CHAFEE
RI Bar #3364
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 11th day of July, 2007, I caused the within Government's Trial Memorandum to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Edward C. Roy, Jr., Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903