July 5, 2007

The Honorable William Smith
U.S. District Court
119 Federal Bldg
Providence, RI 02903

Re: United States v. William Smith
CR 06 66S

Dear Judge Smith:

I am writing this letter to you with the enclosed Writ of Habeas Corpus to respectfully request my presence in front of Your Honor at the earliest possible date to seek your assistance in appointing me new counsel in my case.

Mr. Dimitri has done nothing for me and I have a serious conflict with him, therefore I recently fired him.

Mr. Dimitri failed to raise my arguments and call my witnesses at my Motion to Suppress, which would have resulted in the suppression of the evidence in my case and told my wife that we were not allowed to present witnesses and evidence at a Suppression Hearing.

Mr. Dimitri also failed to litigate my Motion to Dismiss but, most disturbing to me, he said it had no merit without telling me why, despite supporting case law and federal statute to the contrary.

Now, Mr. Dimitri is failing to prepare for my upcoming trial by not deposing witnesses in my favor and not conducting any type of due diligence for my trial. My relationship and confidence in Mr. Dimitri has dropped to a point of no return, therefore, I respectfully request Your Honor to appoint new counsel on my behalf.

Judge Smith, I don't want you to think that I am using this request as a delay tactic. I was anxiously waiting to go to trial in March when Ed Roy abruptly withdrew as counsel in my case, the day I was to pick my jury, this after paying him $7,000. Then this Court sent William Murphy to me, who wanted $40,000 - an amount I couldn't afford. I can barely afford any amount, as the denial of bail in my case for the past thirteen months, has left me financially strapped, for a crime I am innocent of. Then, Mr. Dimitri appeared on my behalf and he has done nothing to help me defend my case but instead suggests that I plead guilty to avoid the possibility of a significant term of incarceration.

Judge Smith, please appoint new counsel in my case. I am not guilty and need an attorney who will properly advocate on my behalf. Thank you.

Sincerely,

Richard Ribeiro

Richard Ribeiro
P.O. Box 8249
Cranston, RI 02920

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR 06 66S

RICHARD RIBEIRO,
Defendant

PETITION FOR WRIT OF HABEAS CORPUS

Now comes the above named defendant and respectfully says that he is a defendant charged with felon in possession of a firearm and on May 24, 2006 he was indicted in the U.S. District Court. Tour defendant respectfully prays that he be permitted to appear before the Honorable Court for the purpose of appointing new counsel for the defense.

Wherefore, your defendant prays that a Writ of Habeas Corpus be issued and directed to the Director of the Adult Correctional Institutions or his Wardens according to the form of the statutes in such case made and provided, and an order to produce said defendant in U.S. District Court, Providence, Rhode Island on the 16th day of July at 9:30 a.m. or sooner.

Dated: July 5, 2007

Respectfully submitted,

Richard Ribeiro, Pro Se
#60250
P.O. Box 8249
Cranston, RI 02920

IT IS HEREBY ORDERED ADJUDGED AND DECREED

Let Writ of Habeas Corpus issue as prayed for the returnable on the ____day of ____________________ at 9:30 a.m.

Justice__________________________

Clerk____________________________

Presented by_____________________

CERTIFICATION OF SERVICE

I, Richard Ribeiro, hereby certify that on July 5, 2007, I sent a true copy of this motion to the Office of the U.S. Attorney, 50 Kennedy Plaza, Providence, RI 02903.