IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES

v. CR 06 66 S

RICHARD RIBEIRO,
Defendant

DEFENDANT'S NOTICE OF INTERLOCUTORY APPEAL NUNC PRO TUNC

COME NOW Defendant, Richard Ribeiro, pro se and notes his appeal nunc pro tunc, to the U.S. Court of Appeals for the First Circuit, from U.S. District Judge William Smith's June 15, 2007 Order dismissing Defendant's Motion to Reconsider Defendant's Motion to Dismiss for violation of the five year statute of limitations in the above captioned case and in support thereof states the following:

On June 15, 2007, U.S. District Judge William Smith dismissed Defendant's Motion to Reconsider Defendant's Motion to Dismiss the indictment in the above captioned case as this indictment violated 18 U.S.C.S. subs. 3282 (a), for the crime Defendant was charged with, pursuant to 18 U.S.C. subs. 922(g)(1).

Defendant submits this notice of interlocutory appeal, as the District Court's order dismissing Defendant's motion involves a controlling question of law on which there is a substantial ground for a difference of opinion on this issue of the statute of limitations in the above captioned case and an immediate appeal from the June 15, 2007 order may materially advance the ultimate termination of the litigation in the above captioned case.

Defendant further submits this notice of interlocutory appeal nunc pro tunc, as Defendant's former counsel did absolutely nothing in the presentation and litigation of Defendant's Motion to Dismiss and Defendant did not receive the District Court's order until June 26, 2007.

Respectfully submitted,

Richard Ribeiro

Richard Ribeiro
# 60250
P.O. Box 8249
Cranston, RI 02920

CERTIFICATION

I HEREBY CERTIFY that on this 6th day of July, 2007 a copy of the foregoing was mailed postage paid first class to the Office of the U.S. Attorney, 50 Kennedy Plaza, Providence, RI 02903.

Richard Ribeiro