**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V.** **CR. 06-66 S**

**RICHARD RIBEIRO**

# MOTION TO WITHDRAW

NOW COMES Counsel for the defendant, William C. Dimitri and moves that he be allowed to withdraw as counsel for the defendant, Richard Ribeiro.

In support of this motion Counsel avers that he has made every attempt to maintain a good and productive relationship with the defendant. Counsel has attempted to explain and discuss every aspect of the pending case with the defendant only to be rebuffed by the advice the defendant is receiving from another individual housed at the Intake Service Center.

Most recently the defendant filed a motion asking the Court to appoint substitute counsel and averred that counsel had been "fired." In that motion the defendant made representations that counsel would and does refute.

On July 16, 2007 counsel received yet another court document filed by the defendant which purports to be a notice of interlocutory appeal. Contained within that document are representations which continue to smear counsel. The defendant continues to represent that counsel has "done nothing" and in effect fails to keep the defendant informed of developments in the case.

It is apparent that the attorney / client relationship is irretrievably broken, despite counsel's efforts to salvage the relationship.

Counsel is aware that a jury has been empaneled and that trial is scheduled for the week of July 23rd. However, counsel can not continue to sit by while the defendant continues to make misrepresentations to the court about counsel.

Counsel respectfully moves that this Honorable Court permit him to withdraw from this matter, discharge the jury as empaneled with an agreement from the defendant to waive any double jeopardy claims, appoint new counsel and giving new counsel sufficient time, to set a date certain for trial.

WHEREFORE, Counsel so moves.

RICHARD RIBEIRO
By his attorney,
*/s/ William C. Dimitri*
William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909
401-273-9092
401-331-1898 (fax)

CERTIFICATION

I hereby certify that a true copy of the withn motion was served upon Zecharia Chafee, A.U.S.A. on the 16th day of July, 2007.

*/s/ William C. Dimitri*