**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V** **CR. NO. 06-66S**

**RICHARD RIBEIRO**

**DEFEDNANT RICHARD RIBEIRO'S PRETRIAL MEMORANDUM**

The defendant Richard Ribeiro has entered a plea of not guilty to the single count charging him with being a felon in possession of firearms and leaves the Government to its proof.

The defendant agrees that the basic elements of the charge that the government must prove are:

1) that the defendant has previously been convicted of a crime punishable by more than one year;
2) that subsequent to that conviction the defendant possessed a firearm;
3) that the firearm(s) affected interstate commerce.

The defendant intends to object to any instruction that said firearms were or could be jointly possessed and avers that the firearms in question were owned and possessed by parties not subject to this indictment.

None of the weapons that are the subject of this indictment were bought or owned at any time by the defendant.

The defendant has agreed and has in fact signed a stipulation that he has a prior felony conviction.

Richard Ribeiro
By his attorney,
*/s/ William C. Dimitri*
William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909

CERTIFICATION

I hereby certify that a true copy of this Pretrial memorandum was served upon A.U.S.A. Zechariah Chafee on the 20th day of July, 2007.
*/s/ William C. Dimitri*