UNITED STATES DISTRRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
-vs- : CR NO.: 06-066-S
:
RICHARD RIBEIRO :

**DEFENDANT RICHARD RIBEIRO'S**
**EXHIBIT LIST**

NOW COMES the defendant and submits the following list of exhibits which may be used at trial in the above matter:

A) Affidavit of Agent Edward Troiano in support of arrest of Richard Ribeiro (2 pp.);

B) Summary of Events prepared by Agent Edward Troiano (3 pp.);

C) Search warrant and affidavit for 32 Macondray Street, Cumberland, RI (5 pp.); and

D) Report of A.T.F. Agent Kevin McNamara (1 p.).

These exhibits are not intended to be used as full exhibits. Rather, they will be used during cross examination of the government's witnesses.

RICHARD RIBEIRO
By his attorney,

*/s/ William C. Dimitri*
WILLIAM C. DIMITRI, ESQ. #3129
462 Broadway
Providence, RI 02909
Tel (401) 273-9092
Fax (401) 331-1898

**CERTIFICATION**

I, the undersigned, do hereby certify that a true copy of the within Exhibit List of Defendant Richard Ribeiro was electronically mailed to: Zechariah Chafee, AUSA on the 20th day of July, 2007.

*/s/ William C. Dimitri*