AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Richard Ribeiro

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-66S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Zechariah Chafee | William C. Dimitri |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| July 23, 2007 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/23/07 | | | W-1 Edward Troiano |
| 32 | | " " | | FULL | Photo of Carport |
| 33 | | " " | | FULL | Photo of House |
| 21 | | " " | | FULL | Photo of Savage Rifle and Case |
| 2 | | " " | ID | FULL | Rifle case |
| 1 | | " " | ID | FULL | Savage 30.06 Rifle |
| 23 | | " " | ID | FULL | Photo of Rounds in Drawer |
| 30 | | " " | ID | FULL | Photo of Crawl Space |
| 25 | | " " | ID | FULL | Photo of Rounds in Box |
| 10 | | " " | ID | FULL | 157 9mm Rounds |
| 13 | | " " | ID | FULL | Magazine with 9mm Rounds |
| 3 | | " " | ID | FULL | 36 .22 Caliber Rounds |
| 7 | | " " | ID | FULL | 36 .357 Rounds |
| 12 | | " " | | FULL | 16 Center Fire Cartridges |
| 6 | | " " | ID | FULL | Black Magazine |
| 9 | | " " | ID | FULL | Black Powder Pistol with case |
| 17 | | " " | | FULL | Miranda Rights Form |
| 18 | | " " | ID | FULL | Consent to Search Form |
| 16 | | " " | ID | FULL | Rifle Case |
| 15 | | " " | ID | FULL | Marlin .357 Caliber Rifle |
| 14 | | " " | | FULL | Mossberg 12 Gauge Shotgun |
| 14A | | 7/23/07 | | FULL | Gun Case |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO I 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

USA v. Richard Ribeiro CASE NUMBER: CR06-66S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 19 | | 7/23/07 | | FULL | Recording of Statement (CD) |
| 20 | | " " | ~~ID~~ | FULL | Home Ownership Record |
| 36 | | " " | | FULL | Stipulation |
| | | " " | | | W-2 John Rabbitt |
| | | " " | | | W-3 Ralph Liguori |
| | | 7/23/07 | | | W-4 Kevin McNamara |
| | | 7/23/07 | | | W-5 Eric Yankee |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |