UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>RICHARD RIBEIRO,<br>Defendant. | CR No. 06-066S |

JURY VERDICT FORM

1. As to Count I of the Indictment (being a felon in possession of a firearm), we the jury find the Defendant, Richard Ribeiro:

✓ GUILTY

______ NOT GUILTY

Date: 7/23/07

S