07-2086

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. D.C.**CR06-66S**

2. TITLE OF CASE: **USA v Richard Ribeiro**

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT (S):

**William C. Dimitri**
**William C. Dimitri & Associates**
**462 Broadway**
**Providence, RI 02909**

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

**Zechariah Chafee**
**U.S. Attorney's Office**
**Fleet Center**
**50 Kennedy Plaza**
**8th Floor**
**Providence, RI 02903**

5. NAME OF JUDGE: **William E. Smith**

| | | | | | |
|---|---|---|---|---|---|
| 6. | COURT-APPOINTED COUNSEL | x | YES | | NO |
| | FEE PAID | | YES | x | NO |
| 7. | RECEIPT | | | | |
| 8. | IN FORMA PAUPERIS | | YES | X | NO |
| 9. | GUIDELINES CASE | | YES | X | NO |
| 10. | RELATED CASE ON APPEAL | | YES | x | NO |
| | C.C.A. # (IF AVAILABLE) | | | | |
| | DATE OF LAST N.O.F.A. FILED | | | | |

11. SPECIAL COMMENTS: Enclosed please find certified copy of docket sheet.