IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| -VS- | : | No.: CR 06-066-S |
| | : | |
| RICHARD RIBEIRO | : | |

**MOTION FOR BAIL PENDING SENTENCING**

NOW COMES the defendant, RICHARD RIBEIRO, and moves that this Honorable Court grant him bail pending sentencing.

In support of this motion the defendant asserts as follows:

1) the court can order electronic monitoring of the defendant to assure that he does not flee the jurisdiction. The defendant asserts that he is not a flight risk in any event;

2) the specific reasons for the defendant's request to be released pending sentencing are that:

(a) he requires an opportunity to put his personal affairs in order prior to sentencing;

(b) he desires to have his personal physician examine him prior to his incarceration because of his recent heart attack and asserts that the ACI is not providing him with the appropriate care and medication; and

(c) his mother is elderly and he urges the court to allow him to spend time with her prior to his eventual incarceration.

The defendant is willing to use his home for purposes of posting bail.

WHEREFORE, the defendant so moves.

RICHARD RIBEIRO
By his attorney,

/s/ *William C. Dimitri*
WILLIAM C. DIMITRI, ESQ. #3129
462 Broadway
Providence, RI 02909
Tel (401) 273-9092
Fax (401) 331-1898

**CERTIFICATION**

I, hereby certify that I served a copy of this motion upon Zechariah Chafee, Assistant U.S. Attorney, via electronic means on the 14th day of September, 2007.

*/s/ William C. Dimitri*