IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

UNITED STATES

v. Criminal No. 06 66S

RICHARD RIBEIRO,
Defendant

DEFENDANT'S REQUEST FOR RELEASE PENDING SENTENCING

COMES NOW Defendant, Richard Ribeiro, pro se and respectfully requests his release on electronic bracelet or bail pending the imposition of his sentence on November 16, 2007 in the above captioned case and in support thereof states the following:

1. On July 23, 2007, Defendant was found guilty by a jury of being a felon in possession of a firearm and a date of November 16, 2007 was set for sentencing.

Pursuant to Rule 46(c) of the Federal Rules of Criminal Procedure, Defendant may petition this Court for his release after conviction and pending the imposition of his sentence. Defendant proffers the following to this Court in support of his release pending sentencing.

Defendant is a 64 year old male who has been a resident of the State of Rhode Island for the past forty-nine years.

Defendant has a large and committed family here in Rhode Island which includes his mother, three daughters (a nurse, school teacher and homemaker), eleven grandchildren and a devoted wife of forty years, who has been an employee of the Cumberland school department for twenty-two years.

Defendant suffers from a wide variety of health problems including high blood pressure, broken back and a recent heart attack.

While incarcerated here at the ACI, Defendant suffered a heart attack which was initially mis-diagnosed and Defendant has had continual problems with the misapplication and prescription of his medication. Defendant's wife also suffers from diabetes.

Prior to his incarceration, Defendant was the caretaker for his ailing Mother and her many pets.

Defendant is retired and on disability and passes his time as a mentor to his grandchildren, caretaker for his Mother and daughter who suffers from seizures, volunteer handyman for his neighbors and devoted husband to his wife.

Defendant is not a flight risk, a fact reinforced by his devotion and commitment to his family.

Furthermore, Defendant is not a threat to his community. It is interesting to note that during the police investigation of a convicted felon's statement that this Defendant was a drug dealer, hence the procurement of the search warrant of Defendant's house for drugs, there was no observation of drug or any other criminal activity emanating from Defendant's home. Nor, had there ever been any complaints from neighbors to the police regarding unusual or criminal behavior at Defendant's address. Nevertheless, the police executed this warrant, found no evidence of drug activity, merely several antique guns owned and stored by Defendant's wife* (unbeknownst to her) in the attic - guns that have not been fired in over nineteen years and thus Defendant's conviction of a felon in possession of a firearm.

Defendant respectfully requests that this Court allow Defendant to be released on electronic bracelet, bail, or any other surety this Court deems appropriate. Defendant can use his house as collateral and have his family accept responsibility for his release and return to this Court on November 16, 2007 for sentencing.

*Defendant had disposed of his firearms several years prior to his felony conviction.

More than taking care of his medical problems with his family physician and putting his affairs in order prior to the imposition of his sentence by this Court, Defendant would like to put his Mother's affairs in order and see her for the last time, as it is unlikely that she will be alive upon Defendant's release from incarceration. Defendant would also like to spend some time with his grandchildren and explain to them personally why and where their grandfather has been for the past seventeen months and where he is going. Defendant would also like to insure that his ill daughter is okay and that he can spend time with his wife, getting their affairs in order so that she, my Mother, our daughters and grandchildren will be okay - for this was Defendant's life before his incarceration and the life Defendant wants upon his release from incarceration.

As stated in 18 U.S.C. subsection 3143(a), the judicial officer shall order that a person who has been found guilty of an offense and who is awaiting imposition or execution of sentence, be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c). Defendant is not a flight risk and is not a danger to any other person or his community - Defendant has proffered such evidence.

WHEREFORE, Defendant prays that this Court grants his request for release prior to sentencing.

Respectfully submitted,

*Richard Ribeiro*

Richard Ribeiro
P.O. Box 8249
Cranston, RI 02920

CERTIFICATION

I HEREBY CERTIFY that on this 10th day of September, 2007, a copy of the foregoing was mailed postage paid first class to the Office of the U.S. Attorney, 50 Kennedy Plaza, Providence, RI 02903 and William Dimitri, 462 Broadway, Providence, Rhode Island 02909

Richard Ribeiro

*Richard Ribeiro*