IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
vs. : CR.NO.06-066 S
:
RICHARD RIBEIRO :

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR BAIL PENDING SENTENCING**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby objects to Defendant's Motion For Bail Pending Sentencing for the reasons set forth in the accompanying Memorandum.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its Attorney's

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of September, 2007, I caused the within Government's Objection to Defendant's Motion For Bail Pending Sentencing to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

William C. Dimitri
William C. Dimitri & Associates
462 Broadway
Providence, RI 02909

/s/ Zechariah Chafee
ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR.NO.06-066 S |
| | : | |
| RICHARD RIBEIRO | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF IT'S OBJECTION TO DEFENDANT'S MOTION FOR BAIL PENDING SENTENCING**

There are two changed circumstances since defendant was ordered detained pending trial - (1) he has been found guilty of the charge in the indictment, and (2) he has a had a heart attack while awaiting trial.

Neither of these circumstances warrant releasing defendant on bond or electronic monitoring. Obviously the finding of guilt removes the presumption of innocence and makes it highly likely defendant will serve a term of imprisonment. This adds to the likelihood of flight found by Magistrate Judge Martin. Furthermore this finding of guilt brings into play the detention factor that defendant also poses a danger to community if released. It is clear from defendant's own statement to the police following his arrest that he had transferred a firearm to another person and expected heroin in return. (This part of his statement was redacted from what was presented to the jury at trial.) It is also clear from the evidence at trial that he possessed large cache of ammunition as well as a number of syringes.

On the second change, defendant asserts that the Adult Correctional Institution has failed to properly care for him since his heart attack. This is a bald assertion, backed up with no details. If there is strong support for this contention, he can present that to the court in a different motion. No matter what his medical condition is, it does not arise to a rebuttal of the original finding that he presents a risk of failing to appear in court, or a rebuttal to the new situation that he now does present a danger to the community if released.

Defendant's motion should be denied.

Respectfully Submitted,

UNITED STATES OF AMERICA
By its Attorney's

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of September, 2007, I caused the within Government's Memorandum In Support of It's Objection to Defendant's Motion for Bail Pending Sentencing to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

William C. Dimitri
William C. Dimitri & Associates
462 Broadway
Providence, RI 02909

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Zechariah.chafee@usdoj.gov