UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. No. 06-66 S |
| RICHARD RIBEIRO | ) | |

**ORDER**

Before the Court is a Motion for Bail Pending Sentencing filed by the Defendant's counsel on his behalf dated September 14, 2007. The Government has opposed the Motion. The Defendant has also filed (purportedly filed *pro se*) a "Request for Release Pending Sentencing" on September 25, 2007.

The Defendant's *pro se* motion is inappropriate given that he is represented by counsel. In addition, the motion duplicates the arguments made by counsel's motion albeit with more detail. These motions, however, are, in all events, unavailing for the Defendant because he is currently being held at the Adult Correctional Institute, the Rhode Island state prison, on a parole violation. In light of this, this Court has no authority to order his release pending sentencing in this federal court matter. Given this situation the Defendant's motion must be, and here is, DENIED.

BY ORDER:

Wendy Seile
Deputy Clerk

ENTER:

WESmith
William E. Smith
United States District Judge
Date: 9/9/07