# United States Court of Appeals
## For the First Circuit

DC #: 06-00066
Honorable: William E. Smith
David DiMarzio, Clerk of Court for the District of Rhode Island

No. 07-2086

UNITED STATES

Appellee

v.

RICHARD RIBEIRO

Defendant - Appellant

**JUDGMENT**
Entered: October 10, 2007
Pursuant to 1st Cir. R. 27.0(d)

By order entered **08/13/07**, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by **09/21/07** would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3.0(b).

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By:______________________
Chief Deputy Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: Date: 11/9/07

[cc: William Dimitri, Zack Chafee, Donald Lockhart, Richard Ribeiro]